UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER GLEN GLUNT,** | : |
| Petitioner | : CIVIL ACTION NO. 3:14-1602 |
| v. | : (JUDGE MANNION) |
| **SUPT. NANCY GIROUX,** | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

2. Petitioner's motion for extension of time to file an amended petition, (Doc. 14), is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 20, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1602-01-ORDER.wpd